## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition        Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

                              See Exhibit BB

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

                              See Exhibit BB

        TOTAL RECEIPTS                $18,134.61

        TOTAL SCHEDULED VALUE
          OF EXEMPT PROPERTY        $0.00

**EXHIBIT B**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Case No: 06-15036  JHS  Judge: JOHN H. SQUIRES  
Case Name: PALM REBAR COMPANY, INC.  

For Period Ending: 01/06/09

Trustee Name: DAVID R. BROWN  
Date Filed (f) or Converted (c): 11/16/06 (f)  
341(a) Meeting Date: 12/13/06  
Claims Bar Date: 03/19/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. $75 K BOND IN FAVOR OF UNION $30 K BOND BACKED BY | 0.00 | 0.00 | | 0.00 | FA |
| 3. VARIOUS (APPROX. DOLLAR AMOUNT) | 151,000.00 | 0.00 | | 0.00 | FA |
| 4. 2003 CHEVROLET VAN | 5,000.00 | 0.00 | | 3,489.13 | FA |
| 5. 2004 CHEVY VAN | 9,000.00 | 0.00 | | 9,750.00 | FA |
| 6. FORKLIFT | 5,000.00 | 0.00 | | 4,800.00 | FA |
| 7. TWO CONTAINERS | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. VARIOUS SCAFFOLDING | 5,000.00 | 0.00 | | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 97.76 | Unknown |

TOTALS (Excluding Unknown Values)  $179,500.00  $0.00   $18,136.89  

Gross Value of Remaining Assets  $0.00  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Former principal filed Chapter 7, so fraudulent conveyance judgment against him is worthless. Follow up on a few old receivables to see if anything is available. Claims review and final tax returns remain.

Initial Projected Date of Final Report (TFR): 04/30/08   Current Projected Date of Final Report (TFR): 04/30/08

LFORM1

Ver: 14.11