**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTHERN ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| PALM REBAR COMPANY, INC. | ) | CASE NO. 06-15036 |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**DISTRIBUTION REPORT**

I, DAVID R. BROWN, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $10,371.90 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $6,917.23 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $17,289.13 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 10,371.90 | 100.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | BROWN, DAVID R., Trustee Fees | $2,563.46 | $2,563.46 |
| | DAVID R. BROWN, Attorney for Trustee Fees | $5,101.50 | $5,101.50 |
| | ALAN D. LASKO & ASSOCIATES, PC Accountant Fees | $2,434.90 | $2,434.90 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant Expenses | $22.04 | $22.04 |
| | CLERK, U.S. BANKRUPTCY COURT | $250.00 | $250.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligation claims | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 419,384.20 | 1.64938 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 10 | Iron Workers' Local 393 Fringe Ben, Contributions: Employee Benefit Plans-- 507(a)(5) | $6,086.84 | $100.39 |
| 11 | Iron Workers' Mid-America Pension, Contributions: Employee Benefit Plans-- 507(a)(5) | $13,389.86 | $220.85 |
| 12 | Iron Workers' Supplemental Monthly, Contributions: Employee Benefit Plans-- 507(a)(5) | $23,862.03 | $393.58 |
| 9 | Iron Workers' Tri-State Welfare Pl, Contributions: Employee Benefit Plans-- 507(a)(5) | $22,409.01 | $369.61 |
| 14 | Structural Iron Workers Local Union, Contributions: Employee Benefit Plans-- 507(a)(5) | $353,636.46 | $5,832.80 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermen's' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 165,500.00 | 0.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 3A | IRS, Internal Revenue Service Tax Liens (pre-petition) | $165,500.00 | $0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 579,053.66 | 0.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 3B | IRS | $555,793.08 | $0.00 |
| 1 | Illinois Department of Revenue, | $22,988.00 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 821,802.76 | 0.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 6 | AMERICAN EXPRESS BANK | $22,593.10 | $0.00 |
| 5 | AMERICAN EXPRESS BANK | $3,606.21 | $0.00 |
| 13 | American Home Assurance Company | $295,369.00 | $0.00 |
| 4 | BP | $2,302.52 | $0.00 |
| 3 | IRS | $150,604.17 | $0.00 |
| 11A | Iron Workers' Mid-America Pension | $3,493.86 | $0.00 |
| 12A | Iron Workers' Supplemental Monthly | $4,844.83 | $0.00 |
| 9A | Iron Workers' Tri-State Welfare Pl, | $4,781.23 | $0.00 |
| 8 | PITNEY BOWES INC | $5,934.11 | $0.00 |
| 14A | Structural Iron Workers Local Union | $228,132.53 | $0.00 |
| 2 | Virginia Surety Company | $99,868.61 | $0.00 |
| 7 | PITNEY BOWES INC, | $272.58 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 213,329.19 | 0.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 18 | Capital One, N.A. | $32,485.47 | $0.00 |

| | | | |
|---|---|---|---|
| 15 | Commerce and Industry Insurance, Co | $143,602.00 | $0.00 |
| 17 | Erie Insurance Group | $25,000.00 | $0.00 |
| 16 | General Electric Capital Corp | $12,241.72 | $0.00 |

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| **18. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED/ WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   February 20, 2009         /s/ David R. Brown /s/